**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                                         Case No. 25-12971-RAM
**Grizancy Tramountanis**                                      Chapter 13
Debtor.
_____/

**SUPPLEMENTAL ATTORNEY FEE DISCLOSURE**
**PURSUANT TO LOCAL RULE 2016-1(C)**

Undersigned counsel hereby files this supplemental disclosure of attorney compensation and states as follows:

1. The Debtor's case was dismissed on August 20, 2025 [D.E. 37], due to the Debtor's failure to approve and sign a confirmable Chapter 13 plan and provide key documents necessary for confirmation.
2. While the case was dismissed, the Debtor retained the undersigned to prepare, file, and prosecute a **Motion to Reinstate Chapter 13 Case**, including all supporting filings and the corresponding notice of hearing.
3. For these post-dismissal services, the Debtor paid a **flat fee of $500.00**. This amount was **paid directly by the Debtor while the case was dismissed**, and no additional payment is due under the pending Chapter 13 plan.
4. The undersigned believes this fee is reasonable and customary given the complexity of the case and the procedural steps required to seek reinstatement.

**Dated**: August 22, 2025

                                                    Respectfully submitted,

                                                    **/s/ Robert Sanchez**
                                                    Robert Sanchez, Esq.
                                                    Florida Bar No. 0442161
                                                    6625 Miami Lakes Drive, Mailbox #426
                                                    Miami Lakes, FL 33014
                                                    Tel: (305) 687-8008
                                                    Email: **courtnotes@bankruptcyclinic.com**

                                                    Attorney for Debtor